IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NANCY HELLYER          :
                       :
   v.                  :     CIVIL ACTION NO. 10-2724
                       :
COUNTY OF BUCKS, ET AL.:

**O R D E R**

  **AND NOW**, this   31st   day of   January  , 2014, upon consideration of Defendants County of Bucks, Terrence Moore, Harris Gubernick and Joan Crowe's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), Or in the Alternative for a More Definite Statement Pursuant to F.R.C.P. 12(e) (ECF No. 11), and all memoranda submitted in support and opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motion is **DENIED** as to Count I of Plaintiff's Complaint against Defendant County of Bucks (ECF No. 1).

2. Defendants' Motion is **DENIED** in full as to Defendant Joan Crowe.

3. Defendants' Motion is **GRANTED**, and the Complaint is **DISMISSED without prejudice**, as to Defendants Moore and Gubernick.

4. Defendants' Motion is **GRANTED** as to Counts III, IV and V of Plaintiff's Complaint and Counts III, IV and V are **DISMISSED** as to Defendant County of Bucks.

5. Count II of Plaintiff's Complaint is **DISMISSED** as to all Defendants.

6. Defendants' Motion for a More Definite Statement is **DENIED**.

7. Plaintiff will have twenty (20) days from the entry of this Order to file an Amended Complaint.

**IT IS SO ORDERED.**

                                        **BY THE COURT:**

                                        **R. BARCLAY SURRICK, J.**